UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG V. REYNOLDSON,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. 2:21-cv-1041-LK<br><br>MINUTE ORDER RENOTING MOTION AND PERMITTING OBJECTIONS |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

Counsel's Motion for Attorney's Fees, Dkt. No. 23, was improperly noted for the same day it was filed and lacks a certification that it was served on Plaintiff. Accordingly, counsel must serve a copy of the motion and this Order on his client and file proof of such service by January 16, 2026. Plaintiff is hereby notified that he has a right to object to the fee request. Any such objection by the Plaintiff or the Commissioner must be filed or received by the Court by February

MINUTE ORDER RENOTING MOTION AND PERMITTING OBJECTIONS - 1

3, 2026. If the Court does not receive any objection by February 3, 2026, the Court will decide the motion based on the papers already submitted.

    The Clerk is directed to renote the motion for February 10, 2026.

    Dated this 13th day of January, 2026.

Joshua C. Lewis
Clerk

*/s/ Natalie Wood*
Deputy Clerk

MINUTE ORDER RENOTING MOTION AND PERMITTING OBJECTIONS - 2